Johnathon Fayeghi, Esq.
Nevada Bar No.: 12736
Joseph P. Waldman, Esq.
Nevada Bar No.: 17010
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: jfayeghi@sklar-law.com
jwaldman@sklar-law.com
*Attorneys for Defendant*
*James Dillingham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONIO GONZALEZ, an individual,<br>Plaintiff,<br>v.<br>JAMES DILLINGHAM, an individual;<br>Defendant. | CASE NO.: 2:26-cv-03120-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ANTONIO GONZALEZ ("Plaintiff") and Defendant JAMES DILLINGHAM ("Defendant"), by and through their undersigned counsel, as follows:

1. On September 25, 2026, Plaintiff filed his Complaint for Damages ("Complaint") against Defendant (ECF 1).

2. On or about October 22, 2026, Plaintiff served the Summons and Complaint on Defendant.

3. Defendant represents that he was unable to retain counsel to respond to the Complaint until November 6, 2026.

4. Accordingly, pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendant to file a responsive pleading to the Complaint until November 19, 2026 in order to

allow Defendant's counsel to adequately investigate the facts and prepare a responsive pleading.

5. For these reasons, the Parties stipulate and agree that Defendant shall have up to and including November 19, 2026, within which to file their response to Plaintiff's Complaint.

6. No discovery deadlines or dates for trial have been set.

7. This is the Parties' first request to extend Defendant's responsive pleading deadline.

8. This stipulation is brought in good faith by the Parties and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: November 12, 2026

WIRTHLIN & VERLAINE

/s/ Brenoch "Nick" Wirthlin, Esq.

Brenoch "Nick" Wirthlin, Esq.
Nevada Bar No. 10282
400 S. 4th Street, Suite 300
Las Vegas, Nevada 89101
bwirthlin@wirthlinlawfirm.com
*Attorney for Plaintiff*

Dated: November 12, 2026

SKLAR WILLIAMS PLLC

/s/ Joseph P. Waldman, Esq.

Johnathon Fayeghi, Esq.
Nevada Bar No. 12736
Joseph P. Waldman, Esq.
Nevada Bar No. 17010
410 S. Rampart Blvd., Ste 350
Las Vegas, Nevada 89145
jfayeghi@sklar-law.com
jwaldman@sklar-law.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: November 13, 2026